UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 30, 2012

Memo to Counsel Re: *MBunkeu v. Southern Mngmt. Corp.*, 11-3458

Dear Counsel:

I have reviewed the memoranda submitted in connection with Plaintiff's proposed order and notice to class (document 32). I make the following rulings with respect to the language of the proposed notice:

1) References to the parallel Maryland statutes shall be removed
2) The language shall be modified, in accordance with Defendant's suggestions, to clarify that the notice is limited to technicians who performed on call work.
3) Language regarding allegations of timesheet manipulation shall be deleted
4) Costs of issuing the notice shall be split equally between the parties
5) The case caption shall include all named parties
6) The Court and case number shall remain as it is in Plaintiff's proposed notice, however my name shall be removed from the authorization
7) The Notice period shall be 90 days
8) Southern shall be required to post the notice at Southview

On or before August 13, 2012, counsel should resubmit a revised notice and a proposed order, in accordance with these rulings.

Despite the informal nature of this letter, should be flagged as an opinion and docketed as an order.

Sincerely,

/s/

J. Frederick Motz
United States District Judge